IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINCOLN BENEFIT LIFE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT BOWMAN, as Executor of the** | : | |
| **Estate of Paul J. Godlewski; MICHAEL** | : | |
| **HAYDEN, MICHAEL NORCINI, TONE** | : | |
| **2000, LLC, ROBERT BINGHAM, ROBERT** | : | |
| **SASSANI, JOSEPH GODLEWSKI, ADRIANA** | : | |
| **CALAF, ROBERT BOWMAN, JENNIFER** | : | |
| **HATTON, FRANZ DOBLER, ANDREW** | : | |
| **FRITZ and BRIAN CHABOREK** | : | **NO.  15-6702** |
| | : | |

## ORDER

**NOW**, this 20th day of October, 2016, upon consideration of the Plaintiff Lincoln Benefit Life Company's Motion for Summary Judgment (Document No. 104), the defendants' response, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

                                                /s/Timothy J. Savage
                                               TIMOTHY J. SAVAGE,  J.